UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                        :
**STEPHEN L. LAFRANCE**                 :
**PHARMACY, INC., et al.,**             :     Civil Action No. 09-1507(KSH)(PS)
                                        :
      **Plaintiff,**   :
                                        :
      v.               :
                                        :
**UNIMED PHARMACEUTICALS,**             :
**INC. , et al.,**                      :
      **Defendants**   :
_____

-----------------------------------------
                                        :
**FRATERNAL ORDER OF POLICE,**          :
**FORT LAUDERDALE LODGE 31,**           :
**INSURANCE TRUST FUND, on behalf**     :
**of itself and all others similarly situated,** :
                                        :
      **Plaintiff,**   :     Civ. Action No.  09-1856 (KSH) (PS)
                                        :
      v.               :
                                        :
**UNIMED PHARMACEUTICALS,**             :
**INC., et al.,**                       :
      **Defendants.**  :
-----------------------------------------

-----------------------------------------
                                        :
**RAYMOND SCURTO, on behalf of**        :
**himself and all others similarly situated,** :
                                        :
                                        :
      **Plaintiff,**   :     Civil Action No.  09-1900 (KSH)(PS)
      v.               :
                                        :
**UNIMED PHARMACEUTICALS,**             :
**INC., et al.,**                       :
                                        :
                                        :
      **Defendant.**   :
-----------------------------------------

ORDER

This matter having come before the Court on the defendants' motion to transfer these cases to the Northern District of Georgia;

and the Court having considered the parties' submissions,

and for the reasons set forth in the Opinion delivered on June 2, 2009;[1]

and for good cause,

IT IS ON THIS 2nd day of June, 2009

ORDERED that the defendants' motions to transfer these cases to the Northern District of Georgia [Civil Action No. 08-1507, Docket No. 35; Civil No. 09-1856, Docket No. 15, Civil No. 09-1900, Docket No. 14] is granted; and

IT IS FURTHER ORDERED that these cases are closed.

                                                s/Patty Shwartz
                                                **UNITED STATES MAGISTRATE JUDGE**

---

[1] If a party wants a copy of the transcript of the Opinion, then the party should contact Chambers for information.