UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN L. LaFRANCE PHARMACY, INC., and STEPHEN L. LaFRANCE HOLDINGS, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNIMED PHARMACEUTICALS, INC., SOLVAY PHARMACEUTICALS, INC., WATSON PHARMACEUTICALS, INC., PAR PHARMACEUTICALS, INC., and PADDOCK LABORATORIES, INC.,<br><br>Defendants. | Civ. Action No. 09-1507 (KSH)<br><br><br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the opinion filed herewith,

**IT IS** on this 30th day of September, 2009,

**ORDERED** that plaintiffs' appeal [D.E. 58] from the ruling of Magistrate Judge Shwartz transferring this case to the Northern District of Georgia [D.E.44] is **denied**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

/s/   Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1